**THE TIMKEN COMPANY,
Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee,**

and

**NSK Ltd. and NSK Corporation,
Defendants–Appellees,**

and

**NTN Bearing Corporation of America, NTN Bower Corporation, American NTN Bearing Manufacturing Corporation and NTN Corporation, Defendants–Appellees,**

and

**Koyo Seiko Co., Ltd. and Koyo Corporation of U.S.A., Defendants–Appellees.**

No. 04–1325.

United States Court of Appeals, Federal Circuit.

Feb. 14, 2005.

Before LOURIE, Circuit Judge, PLAGER, Senior Circuit Judge, and DYK, Circuit Judge.

### JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.